COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-213-CV

IN RE JOE LAWRENCE DAVIS RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's application for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relator's application for writ of mandamus is denied.

PER CURIAM

PANEL B:  WALKER, GARDNER, and MCCOY, JJ.

DELIVERED:  June 21, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.